Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001182
26-DEC-2013
12:35 PM

NO. CAAP-13-0001182

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CREDIT ASSOCIATES OF MAUI, LTD.,
Plaintiff-Appellee,
v.
WILLIAM K. FREITAS AND CINDY K. FREITAS,
Defendants-Appellants,
and
PA'A POHAKU BUILDERS, INC.,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CIVIL NO. 3RC12-1-112K)

ORDER DENYING DEFENDANTS-APPELLANTS'S
DECEMBER 18, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the "Motion to Reconsideration for an Order Granting Plaintiff-Appellee Proposed Substitute Plaintiff-Appellee Office of Hawaiian Affairs' Motion for Substitution of Parties Filed on December 9, 2013," filed December 18, 2013, by Defendants-Appellants William K. Freitas and Cindy K. Freitas (Appellants), pro se, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i,    December 26, 2013.


Chief Judge


Associate Judge


Associate Judge